UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.    3:24-CR-00173 |
| | ) | |
| | ) | JUDGE HOLMES |
| JAWUAN WITHERSPOON | ) | |

### UNITED STATES' MOTION FOR DETENTION HEARING AND FOR DETENTION OF THE DEFENDANT

COMES NOW the United States of America by Henry C. Leventis, United States Attorney, and Joseph P. Montminy, Assistant United States Attorney, and moves this Court for a detention hearing and for detention of the Defendant in this matter. Federal law holds that "the judicial officer shall hold a hearing to determine whether any conditions or combination of conditions…will reasonably assure…the safety of any other person and the community – upon motion of the attorney for the Government or upon the judicial officer's own motion in a case, that involves…any felony…that involves the possession of or use of a firearm." 18 U.S.C. § 3142(f)(1)(E).  Here, the indictment alleges that the defendant unlawfully possessed a firearm as a previously convicted felon. Therefore, the Court should set a detention hearing based on the fact that, statutorily, the Government is entitled to one on their own motion in a case involving this offense.

The anticipated facts that will be introduced during a detention hearing are as follows: On January 28, 2024, Metro Nashville police responded to an apartment complex parking lot in reference to a potential domestic altercation.  An officer attempted to speak to the defendant, who was in possession of a firearm.  The defendant ran away from the officer and allegedly tossed the gun on the ground.  Law enforcement recovered the weapon.

Witherspoon is a previously convicted felon, and he appears to have amassed a conviction for Second Degree Murder.

Consequently, the position of the United States is that the defendant is a risk of flight and danger to the community.

The United States respectfully requests a continuance of three business days in order to adequately prepare for the hearing in this matter.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney

By:

*/s/ Joseph P. Montminy*
JOSEPH P. MONTMINY
Assistant U.S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant via CM/ECF on the 3rd day of October, 2024.

*/s/Joseph P.Montminy*
Joseph P. Montminy

2